Opinion issued August 20, 2013



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00318-CV

———————————

### IN RE KRISTOFER THOMAS KASTNER, Relator

———————————

### Original Proceeding on Petition for Writ of Mandamus

———————————

### MEMORANDUM OPINION

Relator, Kristofer Thomas Kastner, who has been deemed a vexatious litigant subject to a prefiling order, has filed a pro se petition for writ of mandamus, asking this Court to compel the respondent[1] to grant permission for relator to appeal from the trial court's dismissal of the underlying case. *See* TEX.

---

[1] The respondent is the Honorable Ken Wise, Local Administrative Judge of Harris County, Texas. The underlying case is *Kastner v. Harris County, Former Sheriff Tommy Thomas, and Harris County Sheriff's Deputies Saulo Aguilar, Michael Lecompte, and M. Reynaud*, No. 2008-45366 (189th Dist. Court, Harris County, Tex.).

CIV. PRAC. & REM. CODE ANN. § 11.102(c) (West Supp. 2012) (providing that decision of local administrative judge denying litigant permission to file litigation may be reviewed by petition for writ of mandamus to court of appeals); TEX. CIV. PRAC. & REM. CODE ANN. § 11.103(a) (West Supp. 2012) ( "[A] clerk of a court may not file a litigation, original proceeding, appeal, or other claim presented by a vexatious litigant subject to a prefiling order . . . unless the litigant obtains an order from the local administrative judge under Section 11.102 permitting the filing of the litigation."); *In re Johnson*, 390 S.W.3d 584, 585–86 (Tex. App.—Amarillo 2012, orig. proceeding); *In re Potts*, 357 S.W.3d 766, 768 (Tex. App.—Houston [14th Dist.] 2011, orig. proceeding); *Brown v. Texas Bd. of Nursing Exam'rs*, 194 S.W.3d 721, 722–23 (Tex. App.—Dallas 2006, no pet.).

We deny the petition for writ of mandamus. All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.